IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** De Jesus, Ralph

Printed: 12/28/07

Case Number: 05 B 43472
Judge: Squires, John H
Filed: 10/4/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 20, 2007
Confirmed: December 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 41,900.00 |  |
| Secured: |  | 12,647.45 |
| Unsecured: |  | 25,636.60 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,394.00 |
| Trustee Fee: |  | 2,221.95 |
| Other Funds: |  | 0.00 |
| Totals: | 41,900.00 | 41,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lavelle Legal Services Ltd | Administrative | 1,394.00 | 1,394.00 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | First Bank & Trust Of Evanston | Secured | 0.00 | 1,469.74 |
| 4. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 5. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 6. | Toyota Motor Credit Corporatio | Secured | 0.00 | 0.00 |
| 7. | Litton Loan Servicing | Secured | 24,572.37 | 11,177.71 |
| 8. | First Bank & Trust Of Evanston | Unsecured | 0.00 | 0.00 |
| 9. | Capital One | Unsecured | 2,731.59 | 6,278.02 |
| 10. | ECast Settlement Corp | Unsecured | 936.86 | 2,153.19 |
| 11. | RoundUp Funding LLC | Unsecured | 5,236.54 | 12,000.69 |
| 12. | Capital One | Unsecured | 2,264.58 | 5,204.70 |
| 13. | American General Finance | Secured |  | No Claim Filed |
| 14. | MBNA America | Unsecured |  | No Claim Filed |
| 15. | Harvey L Harris P C | Unsecured |  | No Claim Filed |
| 16. | Bank One | Unsecured |  | No Claim Filed |
| 17. | Platinum Plus | Unsecured |  | No Claim Filed |
|  |  |  | $ 37,135.94 | $ 39,678.05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 204.15 |
| 5% | 314.40 |
| 4.8% | 153.60 |
| 5.4% | 1,549.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  De Jesus, Ralph | Case Number:  05 B 43472 |
| | Judge:  Squires, John H |
| Printed:  12/28/07 | Filed:  10/4/05 |

$ 2,221.95

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____